UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED

APR 3 0 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Wanda Hunter-Harden )
1704 Olive St apt. B )
Chatt. Tn 37406 )

(Enter above the NAME of the
plaintiff in this action.)

1:26-cv-112

McDonough / Dismith

v. )

Americas thirft store )
248 Northgate Mall Suite 122, )
Chattanooga, Tn. 37415 )

(Enter above the NAME of each
defendant in this action.)

)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES (   ) NO (X)

    B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____


II.   PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2. What was the result? _Graoted Rigt to Sue from the EEOC_

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _____

Present address: _____

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) _I was hire at the Americas thirft store 10/14/2022 as a dressing room attendent_

3

and later I moved to proccessing as a roller when I first was hired I told them that I was on diability due to the stroke I have had in 2016 when working in processing I became aware of 2 other white men that were on diability also were getting paid time off and when I found out about this I went to Management and asked them could I get it also they informed me that I would have to work 30 hrs or more to get PTO but the other 2 white guys were working 25 hrs or less a week and were getting it the Management told me that they were grandfathered in that's why they were getting paid I was talking to Pat Madden, Sharon Wynn + Renee Richardson an they all told me that they didn't understand how they were getting paid time off working 20 to 25 hrs. a week the men names were Edward + Ben and Ben told me he was getting pto

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I want the court to get compensation for the discrimination I have suffered

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20_____.


_____
Signature of plaintiff(s)

5