I Wanda Hunter-Harden, respectfully this statement in support of my civil lawsuit for racial discrimination against America's Thirft Store located at 2178 Northgate Mall, Suite 122, Chattanooga, Tn. 37415. I was hired by America's Thirft Store Oct. 4, 2022. Before accepting employment I informed Management that I was a person with a disability I explained I had suffered a stroke in 2016 that left me with limited use of my left hand. I also informed the company that I recieved Social Security Disability benifits and wanted to work in my physical limitations despite my disability. I was capable of performing my assigned duties and was initially hired as a dressing room attendant while employed at America's Thirft Store I later worked in the processing department. During my employment I became aware that 2 white males employees Ben and Edward were recieving paid time off even though the worked approximately 25 hours or less per week

FILED
JUL 13 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

After learning this information, I asked management why they were recieving paid time off while I was not. My manager Anika Jones, informed me that employees were required to work 30 hours or more a week to qualify for paid time off. Based on that explanation, I believed I was being treated differently because that stated policy did not appear to ~~be~~ be ~~eq~~ applied equally. I discussed this issue with Patricia Madden, Sharon Wynn, an Renee Richardson. They each expressed to me that they didn't understand why Ben and Edward paid time off while working fewer tha 30 hours each week. Later Anika Jones and Sharon Wynn were stated Ben ad Edward grandfathered in," a that this was the reason they continued receiving paid time off despite working fewer hours. This explanation did not make sense to me because I was never shown ~~anything in writing~~ any written policy this exception, nor was I given the same benefit. I felt this was racial discrimination.

As a result of what I believed to be unequal treatment, I filed a charge of discrimination with the Tenn. Human Right Commission, which was a dual filed with the Equal Employment Opportunity Commission (EEOC) After investigating the matter, the EEOC issued me a Notice of Right to Sue Letter. After recieving my right to sue letter, I contacted numerous attorneys in an effort to obtain legal representation. Despite my ~~effots~~ efforts, I was unable to find an attorney willing to repersent me. Because I could not secure legal counsel I researched my legal options and learned that I have a right to file this civil action on my own, proceeding pro se. I respectfully contend that I was treated differently from simularly situated employees and that the explainations I received ~~reguair~~ reguarding paid time off were inconsconsistent and unfair. I believe the unequal application of th companies policies constituted unlawful discrimination I ask the court to carefully

consider the evidence, testimony, company policies, employment records, paroll records and witnes statements in determining whether my rights under the law were violated. I respectfully request that the cour gran any relief it finds just and appropriate, including compensation for damages, costs allowed by the law, and any othe relief the court deems propper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowlege a belief

Respectfully submitted,

Wanda Hunter-Harden
Wanda Hunter Harden
Plantiff, Pro se